# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Alistair Stewart

                              Plaintiff,

v.                                                              Case No.: 1:22−cv−05964
                                                                                Honorable Joan H. Lefkow

Advocate Aurora Health, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to appoint interim class counsel [21] is granted. Stephan Zouras, LLP and the Chicago Consumer Law Center, P.C. are appointed as interim class counsel. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.